

# NUMBER 13-22-00418-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN THE MATTER OF THE MARRIAGE OF
## SYLVIA PATRICIA SUAREZ AND SERGIO J. SUAREZ

### On appeal from the 24th District Court
### of Victoria County, Texas.

## MEMORANDUM OPINION

### Before Justices Benavides, Tijerina, and Peña
### Memorandum Opinion by Justice Peña

On September 13, 2022, appellant filed a notice of appeal. On November 4, 2022, the Clerk of the Court notified appellant that it appears the trial cour's order at issue in this appeal was set aside by an order granting new trial. Pursuant to Texas Rule of Appellant Procedure 42.3, appellant was given notice of this defect so that steps could be taken to correct it. *See* TEX. R. APP. P. 42.3. Appellant was also advised that, if the

defect was not corrected within ten days from the date of the notice, the appeal would be dismissed. TEX. R. APP. P. 42.3(b), (c).

Appellant has failed to correct the defect in the notice of appeal and has otherwise not responded to the notice from the Clerk requiring a response or other action within the time specified; accordingly, the appeal is dismissed for want of prosecution. *See id.* 42.3(b), (c).

L. ARON PEÑA JR.
Justice

Delivered and filed on the
9th day of February, 2023.